IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARCO PEDRO ALONSO                                                          PETITIONER

V.                                             CIVIL ACTION NO. 3:18-CV-597-KHJ-LGI

WARDEN C. NASH                                                              RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation [14] of United States Magistrate Judge LaKeysha Greer Isaac. That Report recommends that this Court dismiss Marco Pedro Alonso's petition for writ of habeas corpus [1] for failure to exhaust administrative remedies. Written objections to the Report were due by February 16, 2021. [14]. The Report notified the parties that failure to file written objections to the findings and recommendations by that date would bar further appeal in accordance with 28 U.S.C. § 636. *Id*.

This Court, finding that there has been no submission of written objections by any party, adopts the Report and Recommendation [14] as the Order of this Court. This case is dismissed with prejudice. A separate Final Judgment will issue this day.

SO ORDERED, this the 17th day of February, 2021.

*s/ Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE